Núm. 8604.—Carrión, apldo. *v.* Morales, aplte.—C. D. Humacao. Daños y perjuicios. Noviembre 18, 1942.

Vista la moción de desestimación radicada por el demandante apelado y vista la oposición del demandado apelante, acompañada de dos certificaciones del Secretario de la corte inferior, de las que resulta que hasta el 5 del actual el demandante había obtenido prórrogas para radicar la transcripción de evidencia y que en efecto la radicó

y fué aprobada por el tribunal inferior en la fecha últimamente citada, y no teniendo a la vista la transcripción de evidencia para determinar si como alega el apelado el recurso es o no frívolo, no ha lugar por ahora a la desestimación solicitada.